```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


MR. HENRY A. WHITFIELD,            )    2:10-CV-00099-ECR-PAL
                                   )
     Plaintiff,                    )
                                   )    MINUTES OF THE COURT
vs.                                )
                                   )    DATE: January 31, 2011
PICK UP STIX, INC., a California   )
corporation, et al.,               )
                                   )
     Defendants.                   )
_____)

PRESENT:     EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING
```

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that Defendants' Motion (#35) to Dismiss Plaintiff's First Amended Complaint (#34) is **GRANTED**.

Plaintiff has not sufficiently shown that the applicable statute of limitations should be equitably tolled. Plaintiff does not contend that the Equal Employment Opportunity Commission and the Nevada Equal Rights Commission mislead him as to when he could file his state tort law claims. As such, the statute of limitations will not be tolled and Plaintiff's claims for intentional and negligible infliction of emotional distress are barred as a matter of law.

The Clerk shall enter judgment accordingly.


                                        LANCE S. WILSON, CLERK

                                        By        /s/
                                             Deputy Clerk