# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MR. HENRY A. WHITFIELD,

                 Plaintiff,

vs.

PICK UP STIX, INC., *et al.,*

                 Defendants.

Case No. 2:10-cv-00099-ECR-PAL

**ORDER**

The court conducted a scheduling conference on March 11, 2011, commencing at 9:00 a.m. Matthew Beasley was present on behalf of the Plaintiff. John Hunt was present on behalf of the Defendants. The court canvassed counsel with regard to discovery to be completed and the number of depositions to be taken. Upon hearing arguments from counsel, the court finds that discovery should be completed 180 days from the date of this hearing. Additionally, the Court will grant defense counsel until 3/16/2011 to file an Answer. As such,

**IT IS ORDERED**:

1. The following discovery plan and scheduling order dates shall apply:
   a. Last date to complete discovery: **Setember 7, 2011.**
   b. Last date to amend pleadings and add parties: **June 9, 2011.**
   c. Last date to file interim status report: **July 11, 2011.**
   d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 11, 2011.**
   e. Last date to disclose rebuttal experts: **August 15, 2011.**
   f. Last date to file dispositive motions: **October 7, 2011.**
   g. Last date to file joint pretrial order: **November 7, 2011.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended

until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., August 18, 2011,** and shall fully comply with the requirements of LR 26-4.

4. Defense counsel shall have until **3/16/2011** to file an Answer.

Dated this 11th day of March, 2011.

_____
Peggy A. Leen
United States Magistrate Judge