LAW OFFICES OF JOHN BENEDICT
JOHN BENEDICT, ESQ.
NEVADA BAR NO. 005581
2190 E. PEBBLE ROAD, SUITE 260
LAS VEGAS, NEVADA 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685

STOKES ROBERTS & WAGNER
ARCH STOKES
ADMITTED *PRO HAC VICE*
JOHN R. HUNT
ADMITTED *PRO HAC VICE*
RONALD R. GIUSSO
ADMITTED *PRO HAC VICE*
3593 HEMPHILL STREET
ATLANTA, GA 30337
Telephone: (404) 766-0076
Facsimile: (404) 766-8823

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A. WHITFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>PICK UP STIX, INC., a California corporation, et al.<br><br>    Defendants. | Case No. 2:10-CV-00099-ECR (PAL)<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONERENCE** |

Plaintiff, Henry A. Whitfield, by and through his attorney, Matthew Beasley, Esq., of the Beasley Law Group and Defendants, Pick Up Stix, Inc. and Pick Up Stix Nevada, Inc., by and through their attorney John R. Hunt, Esq. of Stokes Roberts & Wagner, hereby stipulate and agree as follows:

1.    On January 17, 2013, the Court entered an Order scheduling a settlement conference in this action for March 15, 2013, before United States Magistrate Judge Peggy Leen;

4840-3353-7042.1

2. Defendants have a preexisting conflict on this date that will interfere with their attendance at the conference;

3. Defendants' counsel has conferred with plaintiff's counsel about rescheduling the date of the conference and plaintiff's counsel has agreed to reschedule the conference;

4. This is the first request by any party to have the conference rescheduled;

5. The parties respectfully request that the conference be rescheduled for a date in April 2013, excluding April 5, 16-19, 20, 24, 29 and 30;

6. This stipulation is made in good faith and not for the purpose of causing undue delay.

DATED this 23rd day of January, 2013.

| BEASLEY LAW GROUP | LAW OFFICES OF JOHN BENEDICT |
|---|---|
| s/s Matthew Beasley | John Benedict |
| Beasley Law Group | Law Offices of John Benedict |
| 3090 West Durango Drive, Suite 200 | 2190 E. Pebble Road, Suite 260 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| Attorneys for Plaintiff | Local Counsel for Defendants |
| | |
| | STOKES ROBERTS & WAGNER, ALC |
| | s/s John R. Hunt |
| | Admitted Pro Hac Vice |
| | Arch Y. Stokes |
| | Admitted Pro Hac Vice |
| | Ronald R. Giusso |
| | Admitted Pro Hac Vice |
| | Attorneys for Defendants |

## ORDER

IT IS SO ORDERED that the settlement conference currently scheduled for March 15, 2013, at 9:30 a.m., is **VACATED** and **CONTINUED** to April 12, 2013, at 9:30 a.m. Confidential settlement statements are due to chambers by 4:00 p.m., April 5, 2013.

Dated: January 28, 2013

_____
UNITED STATES MAGISTRATE JUDGE

2

4840-3353-7042.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the above with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:


Matthew Beasley
Beasley Law Group
3090 West Durango Drive, Suite 200
Las Vegas, NV 89117

This 23rd day of January, 2013.

                                                                                               s/s John R. Hunt


Submitted by:

s/s John R. Hunt, Esq.
Admitted Pro Hac Vice
STOKES ROBERTS & WAGNER, ALC
3593 Hemphill Street
Atlanta, GA  30337
404-766-0076
Attorneys for Defendants

4840-3353-7042.1