LAW OFFICES OF JOHN BENEDICT
JOHN BENEDICT, ESQ.
NEVADA BAR NO. 005581
2190 E. PEBBLE ROAD, SUITE 260
LAS VEGAS, NEVADA 89123
Telephone:  (702) 333-3770
Facsimile:  (702) 361-3685

STOKES ROBERTS & WAGNER
ARCH STOKES
ADMITTED *PRO HAC VICE*
JOHN R. HUNT
ADMITTED *PRO HAC VICE*
RONALD R. GIUSSO
ADMITTED *PRO HAC VICE*
3593 HEMPHILL STREET
ATLANTA, GA 30337
Telephone:  (404) 766-0076
Facsimile:  (404) 766-8823

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY A. WHITFIELD,<br><br>             Plaintiff,<br><br>     v.<br><br>PICK UP STIX, INC., a California corporation, et al.<br><br>             Defendants. | Case No. 2:10-CV-00099-ECR (PAL)<br><br>**DEFENDANTS' CONSENT MOTION FOR AN EXCEPTION TO THE ATTENDANCE REQUIREMENT FOR THE APRIL 12, 2013 SETTLEMENT CONFERENCE AND PROPOSED ORDER** |

Defendants, Pick Up Stix, Inc. and Pick Up Stix, Nevada, Inc., respectfully request that one of its counsel, Arch Stokes, Esq., be granted leave to not attend the settlement conference scheduled in the above action for April 12, 2013.  As grounds for this Motion, the defendants show as follows:

1. A settlement conference with the Court is scheduled for April 12, 2013. (Dkt. No. 78).

4814-5380-6863.1

2. Defendants have been represented in this case by John Hunt, Esq. and Arch Stokes, Esq., of the firm of Stokes, Roberts & Wagner.

3. Mr. Hunt will attend the settlement conference on behalf of Pick Up Stix.

4. A representative of Pick Up Stix also will attend pursuant to the Court's instruction.

5. Mr. Stokes, however, cannot attend due to commitments in other cases and respectfully requests that he be granted leave to not attend.

6. Prior to filing this Motion, defendants' counsel conferred with plaintiff's counsel who stated that plaintiff consented to this request.

WHEREFORE, the defendant respectfully requests that this Motion be granted and that Mr. Stokes be excused from attending the April 12, 2013 settlement conference in this case.

This 4th day of April, 2013.          LAW OFFICES OF JOHN BENEDICT

John Benedict
Law Offices of John Benedict
2190 E. Pebble Road, Suite 260
Las Vegas, NV  89123
Local Counsel for Defendants

STOKES ROBERTS & WAGNER

 s/s <u>Arch Stokes</u>
Admitted Pro Hac Vice
John R. Hunt
Admitted Pro Hac Vice
Ronald R. Giusso
Admitted Pro Hac Vice
Attorneys for Defendants

IT IS SO ORDERED this 5th day of April, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

2

4814-5380-6863.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the above with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

Matthew Beasley
Beasley Law Group
3090 West Durango Drive, Suite 200
Las Vegas, NV 89117

This 4th day of April, 2013.

<u>s/s John R. Hunt</u>